**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 09-00889-CJC(RNBx)                              Date:  December 7, 2009

Title: ANDRES MEIXUEIRO MEDINA v. CHASE HOME FINANCE, LLC ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS TO ALL DEFENDANTS**

   On September 17, 2009, the Court dismissed Plaintiff Andres Meixueiro Medina's complaint as to two Defendants named in this action and gave Mr. Medina twenty days leave to amend his complaint.  As of December 7, 2009, Mr. Medina has not amended his complaint and the Court has dismissed the action with prejudice as to Chase Home Finance, LLC and HSBC Bank as Trustee for then Friedman, Billings, Ramsey Group, Inc. (FBR) Securitization Name – FBRSI 2005-4 Trust.  Accordingly, the Court hereby orders Mr. Medina to show cause why this case should not be dismissed as to the remaining defendants for failure to prosecute.  Mr. Medina must file and serve a response to this order no later than January 4, 2010.

imd

MINUTES FORM 11
CIVIL-GEN                                                                                 Initials of Deputy Clerk MU